# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CLARA M. JOHNSON

VERSUS

ASCENSION OAKS NURSING &
REHABILITATION CENTER,
L.L.C., AND CENTRAL
MANAGEMENT COMPANY, L.L.C.

NO.  2020 CW 0691

**SEPTEMBER 30, 2020**

---

In Re:   Ascension  Oaks  Nursing  &  Rehabilitation  Center,
         L.L.C.,  applying  for  supervisory  writs,  23rd  Judicial
         District Court, Parish of Ascension, No. 128076.

---

**BEFORE:   McDONALD, WELCH, AND PENZATO, JJ.**

   **WRIT DENIED.**

                              **JMM**
                              **JEW**
                              **AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT